UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Audrey Rhodie,
            Plaintiff,

v.                                    **JUDGMENT**

Carolyn W. Colvin,                    No. 7:13-CV-162-WW
Acting Commissioner of Social Security,
            Defendant.

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

<u>**This judgment filed and entered on March 25, 2014, and served on:**</u>

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

March 25, 2014                              /s/ Julie A. Richards,
                                                      Clerk of Court