IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CV-162-RJ

| Audrey Rhodie | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT ORDER FOR PAYMENT |
| | ) | OF FEES AND COSTS PURSUANT TO |
| Carolyn W. Colvin, | ) | THE EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $3,036.00 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to her attorney:

It is therefore ORDERED, this __16__ day of June, 2014, that the Plaintiff shall be, and hereby is, awarded the sum of $3,036.00 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge

CONSENTED TO:

/s/ H. Clifton Hester
H. Clifton Hester
Attorney for Plaintiff
Hester, Grady & Hester, PLLC.
P.O. Box 130
Elizabethtown, NC 28337
910-862-3191
chester@hghgp.com
Attorney for Plaintiff


/s/Cassia W. Parson
CASSIA W. PARSON
Special Assistant United States Attorney
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 966-0446
Attorney for Defendant
Maryland Bar